AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
JUN 1 0 2021
Nathan Ochsner, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Ricardo ZAMORA-Ibarra | ) | Case No. M-21-1279-M |
| YOB:1986 | ) | |
| Citizenship: Mexico | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 09, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326 | Being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States |

This criminal complaint is based on these facts:
See attachment A

✔ Continued on the attached sheet.

*Approved by AUSA D. Walker*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

/S/ Eddie A. Ramirez
*Complainant's signature*

Eddie A. Ramirez , HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/9/2021   8:32 AM

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

Jose Ricardo ZAMORA-Ibarra was encountered by Homeland Security Investigations special agents near Hidalgo, Texas on June 9, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States in March of 2020 on an unknown day, near Sullivan City, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on January 28, 2020 through Brownsville, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On October 17, 2019, the defendant received a seven year deferred adjudication to the charge of Sexual Assault of a Child.