94

United States District Court
Southern District of Texas
FILED

JUL 27 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 21-1332-S |
| § | |
| JOSE RICARDO ZAMORA-IBARRA § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about October 24, 2020 to on or about April 08, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant

**JOSE RICARDO ZAMORA-IBARRA**

did knowingly receive child pornography, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer after having been previously convicted of Sexual Assault of a Child pursuant to Texas Penal Code Section 22.011(a)(2) in the 389th Judicial District Court of Hidalgo County, Texas, in Cause Number CR-1310-19-H.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(b)(1), and 2256.

### Count Two

On or about June 9, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE RICARDO ZAMORA-IBARRA**

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully entered, attempted to enter, and was at any time found in the United States, to wit:

near Hidalgo, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

## NOTICE OF FORFEITURE

**18 U.S.C. § 2253(a)**

Pursuant to Title 18, United States Code, Section 2428(a) and (b), the United States gives notice to the defendant,

**JOSE RICARDO ZAMORA-IBARRA**

that in the event of conviction for the offense charged in the Indictment, the following is subject to forfeiture:

(1) all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in the indictment; and

(2) all property, real or personal, used or intended to be used to commit or to promote the commission of the offense charged in the indictment, or any property traceable to such property, including, but not limited to, the following:

(1) One Black Toshiba Laptop, Serial Number 6B219938W

(2) One Black Toshiba External Storage Device, Serial Number 24JDTID3TSJ2

A TRUE

FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY